NO. 07-03-0247-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 28, 2003

_____

ROSA ELENA RAMOS, APPELLANT

V.

HIEN JOHN LUU, APPELLEE

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 90,589-E; HONORABLE ABE LOPEZ, JUDGE

_____

Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant Rosa Elena Ramos has filed an Unopposed Motion for Dismissal, stating that the matters in controversy have been settled and requesting that this appeal be dismissed.

No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our

mandate will issue forthwith.  Tex. R. App. P. 42.1.   All costs herein having been paid, no order pertaining to the costs is made.


James T. Campbell
Justice